IN THE CIRCUIT COURT OF PHELPS COUNTY, MISSOURI

| | |
|---|---|
| CHRISTIANE DALTON and WILLIAM AARON, JR., Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. d/b/a WALGREENS,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 12PH-CV00556<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED NOTICE OF HEARING

**TO:**　Rodney Loomer
Turner, Reid, Duncan, Loomer & Patton, PC
1355 E. Bradford Parkway, Suite A
Springfield, MO 65804
rloomer@trdlp.com

Charles Schlumberger
Karen Halbert
Quattlebaum, Grooms, Tull & Burrow, PLLC
111 Center Street, Ste. 1900
Little Rock, AR 72201
cschlumberg@qgtb.com
khalbert@qgtb.com

Brandon Cate
Quattlebaum, Grooms, Tull & Burrow, PLLC
4100 Corporate Center Drive, Ste. 310
Springdale, AR 72762
bcate@qgtb.com

**PLEASE TAKE NOTICE** that Counsel for Plaintiffs, Christiane Dalton and William Aaron, Jr., individually and on behalf of all others similarly situated, will appear on June 13, 2013 at 1:00 p.m. in front of the Honorable William Hickle, or as soon thereafter as counsel may be heard, for the purpose of hearing a Motion to Compel.

1

EXHIBIT 2

STEELMAN, GAUNT & HORSEFIELD

By: _____
David L. Steelman, #27334
dsteelman@steelmanandgaunt.com
Stephen F. Gaunt, #33183
sgaunt@steelmanandgaunt.com
STEELMAN, GAUNT & HORSEFIELD
901 Pine Street, Suite 110
Rolla, Missouri 65401
Tel:    (573) 458-5231
Fax:   (573) 341-8548

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served by U.S. regular mail and email to all counsel of record on this 9th day of May, 2013.

Rodney Loomer
Turner, Reid, Duncan, Loomer & Patton, PC
1355 E. Bradford Parkway, Suite A
Springfield, MO 65804
rloomer@trdlp.com

Charles Schlumberger
Karen Halbert
Quattlebaum, Grooms, Tull & Burrow, PLLC
111 Center Street, Ste. 1900
Little Rock, AR 72201
cschlumberg@qgtb.com
khalbert@qgtb.com

Brandon Cate
Quattlebaum, Grooms, Tull & Burrow, PLLC
4100 Corporate Center Drive, Ste. 310
Springdale, AR 72762
bcate@qgtb.com

_____
Stephen F. Gaunt