# Brandon Cate

| | |
|---|---|
| **From:** | Brandon Cate |
| **Sent:** | Thursday, May 16, 2013 1:28 PM |
| **To:** | sgaunt@steelmanandgaunt.com |
| **Cc:** | CLS; Karen R. Halbert; Rod Loomer (rloomer@trdlp.com); Sherry Rozell |
| **Subject:** | Deposition dates |

Steve:

Karen Halbert, the Walgreen Co. witnesses, and I can be available July 9-11 for depositions. The depositions may take place at the following Walgreen Co. address:

Walgreen Co.
104 Wilmot Road
Deerfield, IL 60015

Please note that, in view of Monday's ruling by the Eighth Circuit, we anticipate moving the Eighth Circuit to stay the state-court proceedings. Authority exists that, once a federal appellate court grants a petition for permission to appeal a remand order, the state-court proceedings should be stayed pending the federal appellate court's decision. Accordingly, we don't believe that the state court currently has jurisdiction. We provide these dates to get the depositions scheduled and to clear everyone's calendars but do not, by providing these dates, intend to waive our forthcoming motion that the state-court proceedings should be stayed until the Eighth Circuit rules.

Thanks.

Brandon

Brandon B. Cate
bcate@qgtb.com | vcard
479.444.5205 | Fax: 479.444.5255

Shelley Jackson | Paralegal
sjackson@qgtb.com | vcard
479.444.5200 | Fax: 479.444.5254



QUATTLEBAUM, GROOMS, TULL & BURROW PLLC

4100 Corporate Center Drive
Suite 310
Springdale, Arkansas 72762
Map | www.QGTB.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-379-1700 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quattlebaum, Grooms, Tull & Burrow PLLC. Receipt of e-mail does not establish an attorney-client relationship.



EXHIBIT
4